**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 13-02676-jw

ORDER

1. APPROVING AMENDED DISCLOSURE STATEMENT;
2. FIXING LAST DAY FOR FILING BALLOTS
3. FIXING LAST DAY FOR FILING WRITTEN OBJECTIONS TO CONFIRMATION;
4. FIXING HEARING DATE FOR CONFIRMATION PLAN

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**12/16/2013**



/s/ John E. Waites
US Bankruptcy Judge
District of South Carolina

Entered: 12/16/2013

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>William Allen Galloway, Jr.<br>80 Pleasant Point Drive<br>Ladys Island, SC 29907<br><br><br><br><br><br>Debtor(s). | ) CHAPTER 11<br>)<br>) CASE NO: 13-02676-jw<br>)<br>)         ORDER<br>)<br>) 1.   APPROVING AMENDED DISCLOSURE<br>)       STATEMENT;<br>) 2.   FIXING LAST DAY FOR FILING BALLOTS<br>) 3.   FIXING LAST DAY FOR FILING WRITTEN<br>)       OBJECTIONS TO CONFIRMATION;<br>) 4.   FIXING HEARING DATE FOR<br>)       CONFIRMATION PLAN |

An amended disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by William Allen Galloway, Jr., on December 10, 2013, referring to a plan under Chapter 11 of the Code filed by William Allen Galloway, Jr., on October 30, 2013; and

It having been determined after hearing on notice that the amended disclosure statement contains adequate information:

**IT IS ORDERED**, and notice is hereby given, that:

A. The amended disclosure statement filed by William Allen Galloway, Jr. dated December 10, 2013 is approved.

B. January 14, 2014 is fixed as the last day for filing ballots accepting or rejecting the plan referred to above. Ballots accepting or rejecting the plan shall be counted only if received by the Clerk of the Bankruptcy Court on or before January 14, 2014. A copy of each ballot should also be served upon the proponent of the plan.

C. On or before December 17, 2013 the plan dated October 30, 2013, the order approving the amended disclosure statement, the amended disclosure statement, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d).

D. If acceptances are filed for more than one plan, preferences among the plans so accepted may be indicated.

E. The hearing on the confirmation of the plan will be held on January 21, 2014 at 10:30 a.m. at King & Queen Building, 145 King Street, Room 225, Charleston, South Carolina.

C11-306:11/19/08

F. January 14, 2014 is fixed as the last day for filing and serving, pursuant to Bankruptcy Rule 3020(b)(1), written objections to the confirmation of the plan. All parties filing objections must comply with SC LBR 9014-1, and any party failing to do so may be denied the opportunity to appear and be heard.

Any objections to the confirmation of the plan must be in writing, filed with the Clerk of the Bankruptcy Court, and served upon the attorney for the debtor(s), whose address is set forth below, on or before January 14, 2014.

The court may, for cause shown, at the confirmation hearing extend the time for filing acceptances or rejections of the plan or permit a creditor or equity security holder to change or withdraw an acceptance or rejection of the plan.

The confirmation hearing may be adjourned from time to time without further notice to creditors or other parties in interest by an announcement of such adjournment at the hearing.

NAME AND ADDRESS OF ATTORNEY FOR PROPONENT OF PLAN:

Philip L. Fairbanks
1214 King Street
Beaufort, SC 29902

C11-306:11/19/08