**OFFICE OF THE CLERK**

# UNITED STATES BANKRUPTCY COURT

Laura A. Austin  
Clerk of Court

DISTRICT OF SOUTH CAROLINA  
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE  
1100 LAUREL STREET  
COLUMBIA, SOUTH CAROLINA 29201-2423

TELEPHONE (803)765-5436  
www.scb.uscourts.gov

---

DATE: December 16, 2013

TO: Philip L. Fairbanks  
Via Telephonic Notice and Notice of Electronic Filing

RE: William Allen Galloway, Jr.  
Case No: 13-02676-jw

Please direct your attention to the item(s) marked by "X":

( )   Enclosed herewith you will find an Order/Notice of hearing on disclosure statement which schedules this matter before the court on. It will be your responsibility to mail the Order/Notice of hearing on disclosure statement to all creditors and the disclosure statement and plan to the debtor and/or proponent, the United States Trustee, any trustee or committee appointed, and any party in interest who requests in writing a copy of the disclosure statement or plan. Please furnish this office with a certificate of mailing when the mailout has been completed.

(X)   Enclosed herewith you will find an Order Approving Disclosure Statement et al. which schedules this case for a hearing on confirmation of the plan before this court on 1/21/2014. It will be your responsibility to mail the order along with the plan, disclosure statement, and a ballot (form enclosed) to all creditors. Please furnish this office with a certificate of mailing when the mailout has been completed. Pursuant to SC LBR 3018-1, not fewer than seven (7) days before the first date set for the hearing on confirmation you, as the plan proponent, must file with the clerk an original and one (1) copy of a tally of the ballots. You must also serve a copy of the completed tally upon the United States Trustee. It is your responsibility as the plan proponent to ensure that all ballots are reviewed and tallied.

( )   Other:

If you should have any questions, please let me know.

Laura A. Austin, Clerk of Court

BY: _N. Stalvey_  
N. Stalvey, Deputy Clerk

Enclosures

C11-100:1/12/2012