UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 13-02676-jw |
| | ) | |
| WILLIAM A. GALLOWAY, JR., | ) | Chapter 11 |
| Last four digits of SSN 1580 | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

REPORT ON BALLOTING ON PLAN OF REORGANIZATION

NOW COMES the Debtor, WILLIAM A. GALLOWAY, JR., (hereinafter "Debtor") by and through undersigned counsel and filed this Report on Balloting on its Amended Plan of Reorganization, by summarizing all ballots filed with this Court for each class of creditors and interests entitled to vote and included in the Plan, which were received on and prior to the date of the rescheduled confirmation hearing previously established by Court Order:

| | | |
|---|---|---|
| Class 1 Summary: | Debtor has no Class 1 claims | |
| Total Acceptances: | N/A | |
| Total Rejections: | N/A | |
| Did Not Vote: | 0 | $0 |

| Class 2 Summary: | 1 Beaufort County Tax Assessor |
|---|---|
| Total Acceptances: | 0 |
| Total Rejections: | 0 |
| Did not Vote: (1) | $ 5,411.40 |
| Presumed to Accept | |

| Class 3 Summary: | 1 Deutsche Bank Trust Co. Americas (Secured Claim) |
|---|---|
| Total Acceptances: (1) | $ 235,000 |
| Total Rejections: | 0 |
| Did not Vote: | 0 |
| Accept | |

| Class 4 Summary: | 1 Sheffield Financial LLC (Secured Claim) |
|---|---|
| Total Acceptances: | 0 |
| Total Rejections: | 0 |
| Did not Vote: (1) | $ 3,115.71 |
| Presumed to Accept | |

| Class 5 Summary: | 3 | Allowed General Unsecured Claims Less than $5,000.00 |
|---|---|---|
| Total Acceptances: | 1 | The Surgery Center of Beaufort  ($ 2,869.28) |
| Total Rejections: | 0 | |
| Did not Vote: | 2 | Sprint Nextel ($ 286.35)<br>BB&T ($2,072)<br>Total Class 5 Did Not Vote = ($2,358.35) |
| Presumed to Accept | | |

| Class 6 Summary: | 1 | Unsecured Deficiency Claim (DBTC) |
|---|---|---|
| Total Acceptances: | 1 | ($ 42,410.59) |
| Total Rejections: | 0 | |
| Did not Vote: | 0 | |
| Accept | | |

Debtor would respectfully show that, pursuant to 11 U.S.C. §§ 1126 & 1129 of the Code, based on the foregoing Ballot Tally, Debtor's proposed Plan of Reorganization, as Amended, has received a sufficient number of ballots accepting the Plan to warrant confirmation. No holders of claims have voted to reject Debtor's proposed Plan of Reorganization, as Amended.

All voting holders of claims have voted to accept Debtor's proposed Plan of Reorganization, as Amended.

                                               Respectfully Submitted,

                                               /s/  Philip Fairbanks
                                               Philip Fairbanks DCID # 756
                                               1214 King Street
                                               Beaufort, South Carolina 29902
                                               Telephone: (843) 521-1580
                                               Telefax: (843) 521-1590
                                               Attorney for Debtor

Beaufort, South Carolina

March 1, 2014

## CERTIFICATE OF SERVICE

I, Philip Fairbanks, hereby certify that on this the 1st day of March, 2014, I served a true copy of the above REPORT ON BALLOTING ON PLAN OF REORGANIZATION on the parties listed on the attached mailing matrix by placing a true copy of the same in the U.S. mail, first class postage pre-paid:

/s/ Philip Fairbanks
Philip Fairbanks